UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Thomas Barnes, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                  *Plaintiffs*,

      -*against*-

Metro Franchising Commissary LLC, and Glen Wayne (a/k/a Ariel Wayne),

                                  *Defendants.*
---------------------------------------------------------------X

Case No.: 1:22-cv-05178

**NOTICE OF OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiffs Thomas Barnes, and Khaliq Johnson, by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Metro Franchising Commissary LLC, and Glen Wayne (a/k/a Ariel Wayne), without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A), without costs or attorneys' fees to any party.

Dated: November 3, 2022
       New York, New York

                                             LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                             By: */s/ Jason Mizrahi*
                                                 Jason Mizrahi, Esq.
                                                 60 East 42nd Street, Suite 4700
                                                 New York, New York 10165
                                                 Tel: (212) 792-0048
                                                 Email: Jason@levinepstein.com
                                                 *Attorneys for Plaintiffs and proposed FLSA Collection Action Plaintiffs*

**SO ORDERED**

_____
U.S.D.J.

_____
Dated